UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 21-465 (DLF) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **RICKY LYLES et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF SUPERSEDING INDICTMENT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court, and all defendants, that a superseding indictment has been returned in this case. A redacted version of the superseding indictment is attached to this notice as Exhibit 1. For the benefit of the parties and the Court, the Government is filing this notice to summarize the changes contained in the superseding indictment.

The superseding indictment added the following charges against the following *four existing defendants*:

- ▶ Delonta Chappell: The quantity of cocaine base for which Delonta Chappell is charged as a member of the conspiracy in Count One has increased to 28 grams or more (s*ee* Exhibit 1, Page 3);

- ▶ Deshawn Loggins: The quantity of cocaine base for which Deshawn Loggins is charged as a member of the conspiracy in Count One has increased to 28 grams or more;

- ▶ Kevonte Randall: Count Thirty-Six has been added to the superseding indictment, charging Kevonte Randall with carrying a pistol without a license in violation of

1

DC Code for his conduct on July 19, 2021 (*see* Exhibit 1, page 15);

▶ Barry Tyson: Count Thirty-Seven has been added to the superseding indictment, charging Barry Tyson with possessing a firearm in furtherance of a drug trafficking offense, pursuant to 18 U.S.C. 924(c) (see Exhibit 1, page 15);

The superseding indictment also added *four additional defendants* to the conspiracy (Count One). Because three of these defendants have yet to be arrested, the case is sealed (and the attached superseding indictment has been redacted) to conceal their identities. The one additional defendant who has been arrested that was added to the superseding indictment is Corenzo Mobery:

▶ Corenzo Mobery: Corenzo Mobery has been added as a member of the conspiracy (Count One) and has been charged in Counts Thirty-Eight to Forty of the Superseding Indictment for possession with the intent to distribute cocaine (Count Thirty Eight), possessing a firearm in furtherance of a drug trafficking offense (Count Thirty-Nine), and possessing a firearm as a convicted felon (Count Forty).[1]

The above-referenced defendants will need to be arraigned on the above-referenced charges (or file a notice waiving their arraignment on these additional charges).

WHEREFORE, the government respectfully requests that this Court TAKE NOTICE of the foregoing and schedule arraignments as to the above-referenced defendants.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar Number 415-793

---

[1] Corenzo Mobery was previously indicted in 21-486-DLF with the same charges contained in Counts Thirty-Eight to Forty. The Government will be filing a motion to dismiss the indictment in that case after Defendant Mobery appears in this case.

        /s/ David T. Henek
DAVID T. HENEK
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
555 4th Street, N.W.
Washington, D.C. 20530
N.Y. Bar No. 5109111
david.t.henek@usdoj.gov
202-252-7825

CERTIFICATE OF SERVICE

    I hereby certify that on this date, a copy of the foregoing was sent via electronic case filing to counsel for the defendant.

        /s/ David T. Henek
DAVID T. HENEK